No. 82–672. BARNES v. SANZO ET AL. C. A. 2d Cir. Certiorari denied.

No. 82–676. FERREN v. HENRICHSEN. Ct. App. Cal., 2d App. Dist. Certiorari denied.

No. 82–678. ITEL CORP. v. DISTRICT OF COLUMBIA. Ct. App. D. C. Certiorari denied.

No. 82–686. COSTANTINI, DBA UNITED TRAVEL SERVICE ET AL. v. TRANS WORLD AIRLINES, INC., ET AL. C. A. 9th Cir. Certiorari denied.

No. 82–688. CAPITOL INDUSTRIES-EMI, INC. v. BENNETT ET AL. C. A. 9th Cir. Certiorari denied.

No. 82–689. COMEAU ET UX. v. CITY OF BROOKSIDE VILLAGE ET AL. Sup. Ct. Tex. Certiorari denied.

No. 82–692. SHELL OIL CO. ET AL. v. WILLIAMS. C. A. 5th Cir. Certiorari denied.

No. 82–693. ILLINOIS v. STRUEBIN, ANCILLARY ADMINISTRATOR OF THE ESTATE OF STRUEBIN, ET AL. Sup. Ct. Iowa. Certiorari denied.

No. 82–694. COFFRAN ET VIR v. HITCHCOCK CLINIC, INC. C. A. 1st Cir. Certiorari denied.

No. 82–699. CHAMPION PRODUCTS INC. v. UNIVERSITY OF PITTSBURGH. C. A. 3d Cir. Certiorari denied.

No. 82–710. KAPLAN v. BLACK. C. A. 1st Cir. Certiorari denied.